**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: J.E.W., A MINOR          : No. 333 MAL 2018
                                :
                                :
                                :
PETITION OF: S.W., FATHER       : Petition for Allowance of Appeal from
                                : the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.